# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1207**

**CA 12-00653**

PRESENT: SCUDDER, P.J., FAHEY, CARNI, VALENTINO, AND MARTOCHE, JJ.

---

KENNETH L. CRACAS,
PLAINTIFF-RESPONDENT-APPELLANT,

V                                                                              ORDER

KERRI A. CRACAS,
DEFENDANT-APPELLANT-RESPONDENT.

---

LISA BETH OLDER, NEW YORK CITY, FOR DEFENDANT-APPELLANT-RESPONDENT.

ROSS & GOULD-ROSS, ROCHESTER (DAVID G. ROSS OF COUNSEL), FOR PLAINTIFF-RESPONDENT-APPELLANT.

STEPHEN R. WARNER, ATTORNEY FOR THE CHILDREN, SODUS, FOR RYAN C. AND DYLAN C.

---

Appeal and cross appeal from an order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered November 23, 2011. The order, inter alia, granted plaintiff sole legal custody of the parties' children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  November 9, 2012                          Frances E. Cafarell
                                                     Clerk of the Court